## CRIMINAL CAUSE FOR SENTENCING

BEFORE JUDGE KORMAN     October 5, 2006     TIME: 2:30PM

CR- 04-765     DEFT NUMBER:

DEFT NAME: **RICHARD MILLER**

✓ present    \_ not present    \_ cust.    X bail

DEFENSE COUNSEL: **ROBERT KOPPELMAN**

✓ present    \_ not present    CJA    RET.    Federal Defender

A.U.S.A.: **JEFFREY KNOX**     CLERK: PaulaMarie Susi

E.S.R.: Valentin     OTHER:

INT: (LANG.- )

✓ CASE CALLED.     \_ SENTENCING ADJ'D TO _____.
✓ SENTENCING HELD.     ✓ STATEMENTS OF DEFT AND COUNSEL HEARD.
✓ DEFT SENTENCED ON COUNT(S) _____

SENTENCE TEXT:

CA6 37 mos 3yrs SR cond s/a; Abstain; cont.
$150 SA

vol. surr. 1/3/07 to facility.

RMG OPEN COUNTS ARE DISMISSED ON    \_ GOVTS MOTION
   \_ COURT'S MOTION

✓ *COURT ADVISED DEFT OF RIGHT TO APPEAL.*    ✓ I.F.P. GRANTED.
\_ *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*
\_ DEFT REMANDED.    \_ DEFT ON BAIL PENDING APPEAL.
~~COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.~~

OTHER:

Court departs for post offense rehabilitation